NUMBER 13-01-131-CR and 13-01-132-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


KAREN FAYE COLLINS , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 36th District Court 

of San Patricio County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Dorsey and Hinojosa

Opinion Per Curiam


Appellant, KAREN FAYE COLLINS , perfected appeals from judgments entered by the 36th District Court of San Patricio
County, Texas, in cause number S-99-3038CR and S-00-3175CR . Appellant has filed motions to withdraw notices of
appeal. The motions comply with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motions to withdraw the notices of appeal, is of the
opinion that appellant's motions to withdraw the notices of appeal should be granted. Appellant's motions to withdraw the
notices of appeal are granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 31st day of January, 2002 .